IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, <br><br> Plaintiffs, <br> v. <br><br> HH TEMUS, et al., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-1487 <br><br> (Judge Stickman) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) HAHAGOOD SHOP, Good Blanket Local, Timebeat, HuanTing X, Fantasy Mat Magic, Graceful Finds, SHINY CASE, DIYTREE Funny Gift, Pix Art, Full Beauty Nails, New Trend Boutique, AIBX, WildArt, BWWWSHOP, StarStyle Clothing, Glam Nest, Cool Tee Boutique, InkWeave, CUSTOM COMFORTS, Keveloya, Astar pro, A mark, SeeDeco, Artistry Haven, cookie art, ArtisticWalls, BG super, WALL DESIGN A, CSXC Gifts, Creative Canva. Daniel Gallery with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                                              Respectfully submitted,

Dated: November 20, 2025            /s/ Stanley D. Ference III
                                               Stanley D. Ference III
                                               Pa. ID No. 59899

courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff